8

(No. 73-CC-309—Claimant )

MORRIS P. SILVER, D.P.M., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed July 12, 1973.*

MORRIS P. SILVER, D.P.M., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-327—Claimant )

WILLIAM H. KOPP, JR., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed July 12, 1973.*

GLAESER, BURSTEIN & GATES, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.